UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
:
THE LOUISIANA REVITALIZATION :
FUND, LLC, :
:
                           Plaintiff, :        23-CV-1006 (VSB)
:
            -against- :             **ORDER**
:
STARR SURPLUS LINES INSURANCE :
COMPANY, :
:
                       Defendant. :
:
---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      This case has been transferred to me from Eastern District of Louisiana. By February 17, 2023, the parties shall submit a joint status letter setting out developments in this case so far, proposed next steps for the adjudication of this matter, and any previously entered orders or decisions I should be aware of.

SO ORDERED.

Dated: February 8, 2023
       New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge