```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
THE LOUISIANA REVITALIZATION                            :
FUND, LLC,                                              :
                                                        :
                            Plaintiff,                  :   23-CV-1006 (VSB)
                                                        :
               -against-                                :          **ORDER**
                                                        :
STARR SURPLUS LINES INSURANCE                           :
COMPANY,                                                :
                                                        :
                            Defendant.                  :
                                                        :
-------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      This case has been transferred to me from Eastern District of Louisiana. A scheduling order entered in that District is reflected on this docket at Doc. 10. To facilitate the disposition of this case under the Southern District of New York's case management procedures, and to account for any changes to the expected schedule of this case based on developments in the intervening eight months, the parties shall jointly submit a proposed case management plan and scheduling order. A template for the order is available at http://nysd.uscourts.gov/judge/Broderick. The proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

      This proposed order may, but need not, conform to the dates set out in the initial scheduling order at Doc. 10. I understand that the parties have previously participated in settlement proceedings. (*See, e.g.*. Doc. 16.) The parties should not propose an alternative resolution mechanism, such as referral to a magistrate judge for a settlement conference, as

provided for in paragraph 14 of the model proposed case management plan, to reflect this previous referral. A request for referral to an alternative dispute resolution mechanism should only be made if the parties believe that new settlement discussion facilitated by a magistrate judge would aid in the resolution of this case. If such a referral would not be productive at present, parties may decline to propose any alternative dispute resolution mechanism without prejudice to request such a referral later. The parties shall file this proposed case management plan by February 24, 2023.

SO ORDERED.

Dated: February 21, 2023
      New York, New York

_____
Vernon S. Broderick
United States District Judge