UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
THE LOUISIANA REVITALIZATION                             :
FUND, LLC,                                               :
                                                         :
                              Plaintiff,                 :      23-CV-1006 (VSB)
                                                         :
                  -against-                              :      **ORDER**
                                                         :
STARR SURPLUS LINES INSURANCE                            :
COMPANY,                                                 :
                                                         :
                              Defendant.                 :
                                                         :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      The parties have requested an extension to the discovery schedule.  (Doc. 74.)  The parties shall file a proposed amended case management plan incorporating these dates by September 28, 2023.  A template for the order is available at http://nysd.uscourts.gov/judge/Broderick.

SO ORDERED.

Dated: September 25, 2023
       New York, New York

_Vernon Broderick_
Vernon S. Broderick
United States District Judge