UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LOUISIANA REVITALIZATION FUND LLC, et al.,

                            Plaintiffs,                            23-CV-1006 (VSB) (VF)

                   -against-                                    **ORDER**

STARR SURPLUS LINES INSURANCE CO.,

                            Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      At ECF No. 78, Plaintiffs Louisiana Revitalization Fund, LLC and 4401 Veterans Boulevard, LLC seek an order compelling Defendant Starr Surplus Lines Insurance Company to produce certain discovery pertaining to Starr's reserves, reinsurance, and tax reporting. The Court held a conference to discuss the discovery dispute on March 7, 2024. Plaintiffs' motion to compel is **GRANTED**, but only as it pertains to discovery requests and deposition topics relating to Starr's reserves. Plaintiffs have established that the discovery they seek pertaining to Starr's reserves is relevant to an issue in this case—namely, whether Starr acted in bad faith in failing to pay the full amount of the claim. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 78.

      **SO ORDERED.**

DATED:      New York, New York
                March 7, 2024

                                                               _____
                                                               VALERIE FIGUEREDO
                                                               United States Magistrate Judge