**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
LOUISIANA REVITALIZATION FUND LLC, et al.,

                          Plaintiffs,                            **23-CV-1006 (VSB) (VF)**

              -against-                                **ORDER**

STARR SURPLUS LINES INSURANCE CO.,

                         Defendants.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

In a joint letter brief, the parties are directed to address the application of a recent

decision from this Court, CBKZZ Inv. LLC v. Renaissance Re Syndicate 1458 Lloyds, No. 22-

CV-10672 (AS), 2024 WL 728890, at *1 (S.D.N.Y. Feb. 22, 2024), to the analysis of the

pending motion for partial summary judgment.

The letter brief is not to exceed five pages and is to be submitted by no later than

**Wednesday, March 20, 2024, at 5:00 p.m.**

      **SO ORDERED.**

DATED:     New York, New York
            March 18, 2024

                                           _____
                                           VALERIE FIGUEREDO
                                           United States Magistrate Judge