UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                   :

THE LOUISIANA REVITALIZATION   :
FUND, LLC,                               :
                                   :
                Plaintiff,     :             23-CV-1006 (VSB)
                                   :
           -against-         :                **ORDER**
                                   :
STARR SURPLUS LINES INSURANCE   :
COMPANY,                            :
                                   :
                Defendant.   :
                                   :
------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: July 17, 2024
       New York, New York

                                     _____
                                       Vernon S. Broderick
                                       United States District Judge